**Order entered January 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **DENY** appellant's January 2, 2014 motion requesting the Court to take judicial notice. Pursuant to this Court's order dated December 13, 2013, appellant shall file his brief on or before **JANUARY 31, 2014**. We caution appellant that if he fails to file a brief on or before **JANUARY 31, 2014**, **the appeal will be dismissed for want of prosecution without further notice**. *See* TEX. R. APP. P. 38.8(a)(1).


/s/      DAVID LEWIS
            JUSTICE